# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC, ERIC WANNER, AND JAMES L. SMITH,

        Petitioners

        v.

THE COURT OF COMMON PLEAS OF LUZERNE COUNTY HONORABLE JUDGE WILLIAM AMESBURY, PRESIDING, AND G.A. WEST & COMPANY, INC.,

        Respondents

:  No. 49 MM 2019
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 13th day of May, 2019, the Petition for Review Including Petition for Writs of Prohibition and Mandamus and Request for Emergency Stay, Application for Leave to File Original Process, and Application for Emergency Stay are **DENIED**.